HAZEL M. KORY, Respondent, *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.

CLARA B. PARODNECK et al., Respondents, *v.* SAME, Appellant.

DAVID M. SHAREFKIN et al., Respondents, *v.* SAME, Appellant.

BENJAMIN BRICKMAN et al., Respondents, *v.* SAME, Appellant.

Argued January 11, 1944; decided February 24, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Nicholas Bucci* and *James Hall Prothero* of counsel), for appellant.

*Osmond K. Fraenkel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.